```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38560
   DARRYL ANTHONY CAMPBELL
   DIANE CAMPBELL                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6048      SSN XXX-XX-3393
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/18/04 and confirmed on 02/03/05.

2. The case was converted to Chapter 7 after confirmation, 01/28/2009.

3. The Debtor paid a total of $ 56824.95 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 2468.84 | .00 | 2468.84 |
| COMMUNITY AMERICA CREDIT | SECURED | 10925.00 | 731.28 | 10925.00 |
| SOMERFIELD HOMEOWNERS AS | SECURED | 1948.82 | 74.23 | 1948.82 |
| BANK ONE/JPM CHASE | UNSECURED | 10510.28 | .00 | 5313.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9976.76 | .00 | 5043.85 |
| CITIFINANCIAL | UNSECURED | 3046.33 | .00 | 1540.10 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5600.46 | .00 | 2831.38 |
| COMMUNITY AMERICA CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY AMERICA CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9416.99 | .00 | 4760.86 |
| FIRST EXPRESS | UNSECURED | 236.96 | .00 | 119.80 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6044.04 | .00 | 3055.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 204.95 | .00 | 103.61 |
| KOHLS | UNSECURED | 975.16 | .00 | 493.01 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3212.84 | .00 | 1624.28 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1565.22 | .00 | 791.31 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NTWRK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY AMERICA CREDIT | UNSECURED | 14854.67 | .00 | 7509.94 |
| ROUNDUP FUNDING LLC | UNSECURED | 4103.70 | .00 | 2074.66 |
| JENNIFER A BLANC | ORIGINAL ATTO | 2896.00 | .00 | 2896.00 |

Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   15342.66      2896.00     69748.36           .00     87987.02
PRINCIPAL PAID       15342.66      2896.00     35262.01           .00     53500.67
INTEREST PAID          805.51          .00          .00           .00       805.51
TOTAL PAID           16148.17      2896.00     35262.01           .00     54306.18
```

The Debtor's attorney, PRO SE DEBTOR                     , was allowed $       .00
and was paid $       .00 .

The Trustee received $   2518.77 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE